An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIO ZAMORA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61174

FILED

MAR 14 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order denying a motion to modify sentence.[1] Eighth Judicial District Court, Clark County; Valorie J. Vega, Judge.

In his motion filed on May 18, 2012, appellant claimed that the presentence report contained inaccurate information about a gang affiliation. Appellant also appeared to argue that the State should have interviewed the driver of the vehicle to show that appellant was not the shooter. Appellant failed to demonstrate that the district court relied on mistaken assumptions regarding his criminal record that worked to his extreme detriment. See Edwards v. State, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Notably, appellant entered a guilty plea to discharging a

_____

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. See Luckett v. Warden, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07777

firearm out of a vehicle. We therefore conclude that the district court did not err in denying appellant's motion.[2] Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Valorie J. Vega, District Judge
       Mario Zamora
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[2]We conclude that the district court did not abuse its discretion in denying appellant's motion for transcripts at state expense.